# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RENEE WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-1185-JCH |
| SONNY PERDUE, United States Secretary of Agriculture, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the application of self-represented plaintiff Renee Wright to proceed in the district court without prepaying fees and costs. Having reviewed the motion and the financial information provided in support, the Court finds that plaintiff is unable to pay the statutory filing fee. As a result, the motion will be granted. *See* 28 U.S.C. § 1915.

Plaintiff's employment discrimination complaint survives initial review under 28 U.S.C. § 1915(e), and the Court will order service upon defendant. Because plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to issue process or cause process to issue on the complaint as to defendant in accordance with Federal Rule of Civil Procedure 4(i).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in district court without prepaying fees or costs [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue upon the complaint as to defendant pursuant to Federal Rule of Civil Procedure 4(i).

Dated this 2nd day of October, 2020.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE